UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WAYNE
ANNABEL, II,

       Plaintiff,

v.

JACKSON COUNTY
SHERIFF DEPARTMENT,
*et al*.,

       Defendants.
_____

Case No. 2:22-cv-12189
District Judge Laurie J. Michelson
Magistrate Judge Anthony P. Patti

### ORDER GRANTING DEFENDANT ACH'S MOTION FOR EXTENSION OF SCHEDULING ORDER DATES (ECF No. 49)

On November 28, 2023, the Court entered a scheduling order, which set the dispositive motion deadline for August 23, 2024. (ECF No. 26.) Currently before the Court is Defendant Advanced Correctional Healthcare's May 28, 2024 motion for extension of scheduling order dates (ECF No. 49), at least in part because the Court has yet to address ACH's motion to dismiss (ECF No. 34). (ECF No. 49, PageID.546-547, 555-556.)

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). In light of the pendency of ECF No. 34 and in the interest of judicial economy − both of which are herein recognized as good

cause for an extension of deadlines – and under the Court's authority to manage its own docket, Defendant ACH's motion (ECF No. 49) is **GRANTED**.  For these same reasons, the Court will not await a response to the instant motion, as the scheduling deadlines in question are quickly approaching, a response and reply to the instant motion would further delay the requested and much needed docket management, and further briefing on the motion to extend would not change the outcome under these circumstances.  The discovery and dispositive motion deadlines of June 28, 2024 and August 23, 2024 (*see* ECF No. 23) are **HEREBY** extended ninety (90) days to **Thursday, September 26, 2024** and **Thursday, November 21, 2024**, respectively.

    **IT IS SO ORDERED.**[1]

Dated:  June 12, 2024

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).