UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL, II,

    Plaintiff,

v.

GARY SCHUETTE, RYAN STEVERSON, JACOB SIBSON, MATTHEW WETMORE, PEDRO PERAZA, and SARA DANIELS,

    Defendants.

_____/

Case No. 2:22-cv-12189

District Judge Laurie J. Michelson
Magistrate Judge Anthony P. Patti

### ORDER GRANTING PLAINTIFF'S MARCH 18, 2025 MOTION (ECF No. 112) and SETTING A DISCOVERY DEADLINE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT DANIELS WITHIN THE FIRST AMENDED COMPLAINT (ECF No. 96)

On December 27, 2024, after having been granted leave to amend his pleading (*see* ECF Nos. 80, 94), Plaintiff filed his first amended complaint (ECF No. 96), which names Peraza, Sibson, and Wetmore as the previously unknown deputy Defendants and adds Defendant Daniels, who is described as a Jackson County Jail (JCJ) clinician employed at Lifeways, Inc.

Judge Michelson has referred this case to me for full pretrial matters. Currently before the Court is Plaintiff's March 18, 2025 motion (ECF No. 112) to modify scheduling order. Although Plaintiff's motion refers to this Court's September 26, 2024 order regarding several motions to compel (*see* ECF No. 79),

1

it is clear Plaintiff intended to refer to the Court's same-day order granting in part and denying in part Plaintiff's motion for amendment of scheduling order (*see* ECF Nos. 78), which in part extended discovery "*as to Defendants only* until **December 26, 2024**, but only as to the three items which counsel represented that she needed . . . ." (*Id.*, PageID.863 (emphases in original).)

Upon consideration, Plaintiff's motion (ECF No. 112) is construed as seeking a period within which to conduct discovery as to his claim(s) against Defendant Daniels. So construed, the motion (ECF No. 112) is **GRANTED**. Accordingly, Plaintiff and Defendant Daniels **SHALL** have until **June 20, 2025** to engage in discovery related to Plaintiff's claims against Defendant Daniels within the first amended complaint (ECF No. 96). Thereafter, any dispositive motions *relating to the claims against Defendant Daniels* (whether under Rule 12 or Rule 56) must be filed on or before **July 25, 2025**.

IT IS SO ORDERED.[1]

Dated:  March 21, 2025

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).